**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

No. 1:26-cv-01592

**Udaysin Parmar, et al.,**
*Petitioners,*
v.
**United States Citizenship and Immigration Services (USCIS), et al.,**
*Respondents.*

# ORDER

On August 10, 2026, Petitioners filed a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismissing their claims without prejudice. ECF No. 4. Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or motion for summary judgment. Respondents have not served an answer or a motion for summary judgment. Petitioners' "notice of dismissal is self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016). Nothing remains to resolve, and the case is closed.

The clerk's office is directed to close this case.

*So ordered by the Court on August 12, 2026.*

ANDREW DAVIS
United States District Judge